IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GREGORY HAMILTON                                                                    PLAINTIFF

VS.                                          CASE NO. 04-CV-1035

PILGRIM'S PRIDE CORPORATION                                          DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendant Pilgrim's Pride Corporation. (Doc. No. 33). Plaintiff Gregory Hamilton has filed a response. (Doc. No. 57). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. Plaintiff Gregory Hamilton's claim against Defendant Pilgrim's Pride Corporation is hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 7th day of February, 2007.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge